IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEOCOMPLY SOLUTIONS INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 22-1273 (UNA) |
| | ) |
| v. | ) |
| | ) |
| XPOINT SERVICES LLC, | ) |
| | ) |
| Defendant. | ) |

[PROPOSED] ORDER

The Court, having considered Plaintiff GeoComply Solutions Inc.'s Motion For Expedited Discovery, ~~and for good cause shown~~, it is **HEREBY ORDERED** that:

1. Plaintiff's Motion is ~~**GRANTED**~~ **DENIED**;

2. ~~Plaintiff's Expedited Request for Production is deemed served on Defendant XPoint Services LLC;~~

3. ~~The parties shall file a proposed protective order covering the production or inspection of Defendant's source code on or before October 19, 2022; and~~

4. ~~Defendant shall produce or make its source code available for inspection pursuant to that protective order on or before October 24, 2022.~~

IT IS SO ORDERED this 30th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE