IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEOCOMPLY SOLUTIONS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1273 (WCB) |
| ) | |
| XPOINT SERVICES LLC, ) | |
| ) | |
| Defendant. ) | |

**XPOINT SERVICES LLC'S**
**MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Xpoint Services LLC moves to dismiss Plaintiff GeoComply Solutions Inc.'s complaint for failure to state a claim upon which relief can be granted. The grounds for this motion are more fully set forth in Defendant's opening brief, filed herewith. A proposed form of Order is attached.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | _____ |
| | Jack B. Blumenfeld (#1014) |
| Gary M. Rubman | Jeremy A. Tigan (#5239) |
| Peter A. Swanson | 1201 North Market Street |
| COVINGTON & BURLING LLP | P.O. Box 1347 |
| One CityCenter | Wilmington, DE  19899-1347 |
| 850 Tenth Street, NW | (302) 658-9200 |
| Washington, DC  20001-4956 | jblumenfeld@morrisnichols.com |
| (202) 662-6000 | jtigan@morrisnichols.com |
| | *Attorneys for Defendant* |
| Michael E. Bowlus | |
| COVINGTON & BURLING LLP | |
| Salesforce Tower | |
| 415 Mission Street, Suite 5400 | |
| San Francisco, CA  94105-2533 | |
| (415) 591-6000 | |

November 21, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEOCOMPLY SOLUTIONS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1273 (WCB) |
| | ) |
| XPOINT SERVICES LLC, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

This _____ day of _____ , 20\_\_\_\_ , the Court having considered Defendant Xpoint Services LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6),

IT IS HEREBY ORDERED that Plaintiff GeoComply Solutions Inc.'s complaint (D.I. 1) is dismissed with prejudice.

_____
The Honorable William C. Bryson
Circuit Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 21, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Jeffrey J. Lyons, Esquire<br>BAKER & HOSTETLER LLP<br>1201 North Market Street, Suite 1402<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Douglas A. Grady, Esquire<br>Paul J. Bruene, Esquire<br>BAKER & HOSTETLER LLP<br>999 Third Avenue, Suite 3900<br>Seattle, WA  98104<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Andrew E. Samuels, Esquire<br>BAKER & HOSTETLER LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, OH  43215<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kevin P. Flynn, Esquire<br>BAKER & HOSTETLER LLP<br>312 Walnut Street, Suite 3200<br>Cincinnati, OH  45202<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)