# BakerHostetler

Baker&Hostetler LLP

1201 North Market Street
Suite 1402
Wilmington, DE 19801

T 302.319.2799
www.bakerlaw.com

Jeffrey J. Lyons
direct dial: 302.468.7088
jjlyons@bakerlaw.com

December 7, 2022

**VIA ELECTRONIC FILING**

The Honorable William C. Bryson
United States Court of Appeals, Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re: *GeoComply Solutions Inc. v. XPoint Services LLC*, C.A. No. 22-1273-WCB (D. Del.)

Dear Judge Bryson:

Pursuant to the Court's November 29, 2022 Order in the above-captioned case, and in advance of the Rule 16 Scheduling Conference, the parties have conferred and arrived at the attached proposed Scheduling Order for the Court's consideration. Any areas of disagreement are set forth as competing proposals. Any revisions to the Court's template have otherwise been agreed upon by the parties.

Respectfully,

/s/ *Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)

cc: All Counsel of Record (via CM/ECF)