### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GEOCOMPLY SOLUTIONS INC., | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 22-1273-WCB |
| XPOINT SERVICES LLC, | § § | |
| *Defendant.* | § § § § | |

## ORDER

In this patent infringement action, defendant XPoint Services LLC ("XPoint") has moved to dismiss the complaint filed by plaintiff GeoComply Solutions Inc. ("GeoComply") under Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 16. In its responsive brief regarding that motion, GeoComply requests that it be granted leave to amend its complaint if XPoint's motion is not denied, so that GeoComply may further "allege[] facts directed to the inventive concepts in its claimed invention" and "'clarify its allegations' of infringement." Dkt. No. 29 at 20.

In the event that I do not deny XPoint's motion in full, I will need to determine whether GeoComply should be granted leave to amend its complaint. The court requires more information regarding the proposed amendments in order to make that determination, if necessary. Specifically, leave to amend may be granted only when the proposed amendment would not be "futile." *City of Cambridge Ret. Sys. v. Altisource Asset Mgmt. Corp*, 908 F.3d 872, 878 (3d Cir. 2018). Courts cannot analyze whether amendment would be futile unless the party seeking leave presents the court with its proposed amendments. *See Truman v. Brown*, 434 F. Supp. 3d 100, 124 (S.D.N.Y. 2020) ("Despite being on notice of the deficiencies claimed by [the defendant], [the

1

plaintiff] has not identified any proposed amendments for the Court to evaluate that might cure the deficiencies afflicting each of her claims."); *see also Integrated Tech. Sols., LLC v. iRacing.com Motorsport Simulations, LLC*, No. 1:21-cv-11477, 2022 WL 4356494, at *9 (D. Mass. Sept. 20, 2022); 6 Charles Alan Wright et al., Fed. Prac. & Proc. Civ. § 1485 (3d ed., April 2022 update) (When seeking leave to amend, "a copy of the amendment should be submitted with the motion so that the court and the adverse party know the precise nature of the pleading changes being proposed.").

Accordingly, on or before January 17, 2023, GeoComply is directed to set forth what additional allegations it would raise in an amended complaint if the motion to dismiss were granted with leave to amend the complaint. On or before January 24, 2023, XPoint may file a response to GeoComply's proposed amendments.

IT IS SO ORDERED.

SIGNED this 6th day of January, 2023.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE