IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEOCOMPLY SOLUTIONS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1273 (WCB) |
| | ) |
| XPOINT SERVICES LLC, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF GEOCOMPLY SOLUTIONS INC.'S NOTICE OF
SERVICE OF INITIAL DISCLOSURES, PARAGRAPH 3 DISCLOSURES,
AND IDENTIFCATION OF ASSERTED PATENT AND ACCUSED PRODUCTS**

The undersigned hereby certifies that copies of Plaintiff GeoComply Solutions Inc.'s Initial Disclosures, Paragraph 3 Disclosures, and Identification of Asserted Patent and Accused Products were caused to be served on January 9, 2023 upon the following in the manner indicated:

Jack B. Blumenfeld                                                                                              *VIA ELECTRONIC MAIL*
Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
JBlumenfeld@morrisnichols.com
JTigan@morrisnichols.com
*Attorneys for Defendant*

Gary M. Rubman                                                                                                 *VIA ELECTRONIC MAIL*
grubman@cov.com
Michael E. Bowlus
mbowlus@cov.com
Peter A. Swanson
pswanson@cov.com
*Attorneys for Defendant*

| | |
|---|---|
| Dated:  January 11, 2023 | BAKER & HOSTETLER LLP |
| | |
| | /s/  Jeffrey J. Lyons |
| | Jeffrey J. Lyons (#6437) |
| | 1201 North Market Street, Suite 1402 |
| | Wilmington, DE 19801 |
| | (302) 468-7088 |
| | jjlyons@bakerlaw.com |
| | |
| | Douglas A. Grady (*pro hac vice*) |
| | Paul J. Bruene (*pro hac vice*) |
| | 999 Third Avenue, Suite 3900 |
| | Seattle, WA 98104 |
| | (206) 566-7120 |
| | dgrady@bakerlaw.com |
| | pbruene@bakerlaw.com |
| | |
| | Andrew E. Samuels (*pro hac vice*) |
| | 200 Civic Center Drive, Suite 1200 |
| | Columbus, OH 43215 |
| | (614) 462-2699 |
| | asamuels@bakerlaw.com |
| | |
| | Kevin P. Flynn (*pro hac vice*) |
| | 312 Walnut Street, Suite 3200 |
| | Cincinnati, OH 45202 |
| | (513) 852-2627 |
| | kflynn@bakerlaw.com |
| | |
| | *Attorneys for GeoComply Solutions Inc.* |