IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEOCOMPLY SOLUTIONS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> XPOINT SERVICES LLC, ) <br> ) <br> Defendant. ) | C.A. No. 22-1273 (WCB) |

**PLAINTIFF GEOCOMPLY SOLUTIONS INC.'S NOTICE OF APPEAL**

Plaintiff GeoComply Solutions Inc. appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of the District Court entered on February 10, 2023 (D.I. 85) and from any and all underlying orders, rulings, findings, and/or conclusions adverse to GeoComply Solutions Inc.

Dated: March 1, 2023

BAKER & HOSTETLER LLP

*/s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1407
Wilmington, DE 19801
(302) 468-7088
jjlyons@bakerlaw.com

Douglas A. Grady
Paul J. Bruene
999 Third Avenue, Suite 3900
Seattle, WA 98104
(206) 566-7120
dgrady@bakerlaw.com
pbruene@bakerlaw.com

Andrew E. Samuels
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 462-2699
asamuels@bakerlaw.com

Kevin P. Flynn
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
(513) 852-2627
kflynn@bakerlaw.com

*Attorneys for GeoComply Solutions Inc.*